[Docket Nos. 27 & 32]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| EDWARD J. SCOTT, <br><br> Plaintiff, <br><br> v. <br><br> DETECTIVE CHRISTOPHER BARBER, et al., <br><br> Defendants. | Civil No. 07-1911(RMB) <br><br> **ORDER** |

THIS MATTER having come before the Court upon two motions for summary judgment: 1) the City of Atlantic City's motion, and 2) Defendants Barber and Pizzutillo's motion for summary judgment; and the Court having reviewed the moving papers and the opposition thereto; and for the reasons set forth in the Opinion issued this date;

IT IS HEREBY **ORDERED** that the City of Atlantic City's motion is **GRANTED**; and

IT IS FURTHER **ORDERED** that the individual Defendants' motion is **GRANTED** and Plaintiff's claims are dismissed without prejudice with the exception of Plaintiff's excessive force claim asserted against Barber which is dismissed with prejudice;

IT IS FURTHER **ORDERED** that the Clerk of the Court close the

file in this case.


Dated: August 11, 2008         **s/Renée Marie Bumb**
                               RENÉE MARIE BUMB
                               UNITED STATES DISTRICT JUDGE